AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>19-sw-5192SKC | Date and time warrant executed:<br>2/19/2019 | Copy of warrant and inventory left with:<br>Google Online LE Portal |
| Inventory made in the presence of :<br>Google Online Portal, Lers.google.com | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>SEARCH AND SEIZURE WARRANT RELATED TO Google email Account, RichardImperatore@gmail.com WAS SERVED on Google Through online LAW ENFORCEMENT PORTAL Lers.google.com. Any PRODUCTION RECEIVED CAN BE MADE AVAILABLE TO The COURT IF REQUESTED. | | |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2/19/2019
JEFFREY P. COLWELL, CLERK

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. |

Date: 2/19/19

_____
Executing officer's signature

B. Scott ALEXANDE, FBI SPECIAL Agent
Printed name and title